Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.,

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:11-cv-01877-LJO-DLB |
| Plaintiff, | ORDER (Proposed) |
| v. | |
| FERMIN MARTINEZ DE LAO a/k/a FERMIN MARTINEZ, et al., | |
| Defendant. | |

**ORDER (Proposed)**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///
///
///
///
///
///

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-01877-LJO-DLB styled *J & J Sports Productions, Inc. v. Fermin Martinez De Lao, et al.*, is hereby continued from 9:15 AM, Tuesday, February 14, 2012 to <u>April 2, 2012.</u>

Plaintiff is granted an additional thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Fermin Martinez De Lao a/k/a Fermin Martinez, individually and d/b/a Fermin's Steakhouse and Lounge, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 7, 2012**                    /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE