**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.,**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**  <br><br>**Plaintiff,**<br><br>v.<br><br>**FERMIN MARTINEZ DE LAO a/k/a FERMIN MARTINEZ, et al.,**<br><br>**Defendant.** | **Case No. 1:11-cv-01877-LJO-DLB**<br><br>**ORDER (Proposed)** |

**ORDER (Proposed)**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

///

///

Page 1

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-01877-LJO-DLB styled *J & J Sports Productions, Inc. v. Fermin Martinez De Lao, et al.*, is hereby continued from 9:15 AM, Tuesday, February 14, 2012 to <u>April 2, 2012.</u>

Plaintiff is granted an additional thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Fermin Martinez De Lao a/k/a Fermin Martinez, individually and d/b/a Fermin's Steakhouse and Lounge, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 7, 2012**                          /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE