IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | | 1:11cv01877 LJO DLB |
| ) | | |
| ) | | FINDINGS AND |
| ) | | RECOMMENDATIONS |
| ) | | REGARDING PLAINTIFF'S |
| Plaintiff, ) | | MOTION FOR DEFAULT |
| ) | | JUDGMENT |
| vs. ) | | |
| ) | | (Document 10) |
| FERMIN MARTINEZ DE LAO, ) | | |
| ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

On March 15, 2012, Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed the present motion for default judgment against Defendant Fermin Martinez De Lao, also known as Fermin Martinez, d/b/a Fermin's Steakhouse and Lounge. The motion was referred to this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The Court held hearings on the matter on April 20, 2012, and June 1, 2012. David Shapiro appeared at the April 20, 2012, hearing on behalf of Plaintiff. Defendant Fermin Martinez De Lao appeared at both hearings.

**DISCUSSION**

Plaintiff filed the instant action on November 10, 2011, against Defendant Fermin Martinez De Lao, also known as Fermin Martinez, d/b/a Fermin's Steakhouse. The Complaint alleges violations of 47 U.S.C. § 605 and 47 U.S.C. § 553, as well as state law causes of action for

1

conversion and violation of Business and Professions Code section 17200, et seq. The allegations are based on Defendants' alleged unlawful interception, reception, and exhibition of "'Tactical Warfare': Manny Pacquiao v. Antonio Margarito, WBC Light Middleweight Championship Fight Program" ("Program"), which was telecast on November 13, 2010.

On February 14, 2012, Plaintiff filed a proof of service indicating that Defendant was served by substituted service on Guillermo Jiminez. The process server also mailed the documents to Defendant at his business address. According to the declaration of diligence, the process server attempted service at Defendant's business address three times prior to substitute service.

On February 24, 2012, pursuant to Plaintiff's request, the Clerk of the Court entered default against Defendants.

Plaintiff filed the instant motion for default judgment on March 15, 2012.

The Court held a hearing on the motion on April 20, 2012. David Shapiro appeared on behalf of Plaintiff and Defendant appeared on his own behalf. The Court continued the matter to June 1, 2012, to allow Defendant to seek counsel and set aside the default.

On June 1, 2012, Defendant again appeared before the Court. However, there was no appearance on behalf of Plaintiff. Although Defendant had not moved to set the default aside, Plaintiff did not appear for its own motion.

Accordingly, because Plaintiff failed to appear, the Court recommends that this motion BE DENIED WITHOUT PREJUDICE.

**RECOMMENDATION**

Based on the above, the Court RECOMMENDS that the motion for default judgment be DENIED WITHOUT PREJUDICE.

This Findings and Recommendation is submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 631(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **fourteen (14) days** after being served with a copy, any party may serve on opposing counsel

2

and file with the court written objections to such proposed findings and recommendations. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Responses to the objections shall be served and filed within fourteen (14) days after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

Dated:   June 8, 2012                          /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

3