IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:11cv01877 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS |
| | ) | |
| Plaintiff, | ) | (Document 14) |
| | ) | |
| vs. | ) | |
| | ) | |
| FERMIN MARTINEZ DE LAO, | ) | |
| | ) | |
| Defendant. | ) | |

On June 8, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment be DENIED WITHOUT PREJUDICE. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations issued June 8, 2012, are ADOPTED IN FULL;

3  and

4  2. Plaintiff's Motion for Default Judgment is DENIED WITHOUT PREJUDICE.

5  IT IS SO ORDERED.

6  **Dated:   July 10, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2