1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
J & J SPORTS PRODUCTIONS, INC.,        )        1:11cv01877 LJO DLB
10                                     )
                                       )        ORDER ADOPTING FINDINGS
11                                     )        AND RECOMMENDATIONS
                                       )
12              Plaintiff,             )        (Document 14)
                                       )
13         vs.                         )
                                       )
14    FERMIN MARTINEZ DE LAO,          )
                                       )
15                                     )
              Defendant.               )
16    _____)

17         On June 8, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's

18    Motion for Default Judgment be DENIED WITHOUT PREJUDICE.  The Findings and

19    Recommendations were served on all parties appearing in the action and contained notice that any

20    objections were to be filed within fourteen (14) days of the date of service of the order.  No

21    objections were filed.

22         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

23    *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

24    Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

25

26

27

28                                             1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.     The Findings and Recommendations issued June 8, 2012, are ADOPTED IN FULL;

3             and

4      2.     Plaintiff's Motion for Default Judgment is DENIED WITHOUT PREJUDICE.

5      IT IS SO ORDERED.

6  **Dated:     July 10, 2012**                    _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE

2