# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-01877-LJO-SAB |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT WITHIN THIRTY DAYS |
| FERMIN MARTINEZ DE LAO, | |
| Defendant. | |

This action was filed on November 10, 2011, and on February 24, 2012, default was entered against Defendant Martinez De Lao. (ECF Nos. 1, 9.) Defendant appeared for the hearing on Plaintiff's motion for entry of default judgment on April 20, 2012, and was ordered to file a motion to set aside the entry of default. On July 10, 2012, an order issued denying Plaintiff's motion for default judgment , without prejudice. (ECF No. 16.) Defendant has failed to file a motion to set aside the entry of default. At this juncture in the proceedings, Plaintiff is ordered to file a motion for default judgment within thirty days of the date of service of this order or this action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **January 8, 2013**         /s/ **Stanley A. Boone**
UNITED STATES MAGISTRATE JUDGE

1